IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JUANITA POULSTON,

  Plaintiff,

v.                                                   Case No. 3:22-cv-00695

SHOE CARNIVAL, INC.,

  Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. The parties further agree each party will bear their own attorneys' fees, expenses and costs. This matter should be dismissed in its entirety and stricken from the docket.

Respectfully submitted,

| | |
|---|---|
| **JUANITA POULSTON** | **SHOE CARNIVAL, INC.** |
| By Counsel | By Counsel |
| | |
| /s/ Randy B. Rowlett | /s/ Julie S. Palmer |
| Randy B. Rowlett (VSB No. 36438) | John R. Owen (VSB No. 39560) |
| Gordon, Dodson, Gordon & Rowlett | Julie S. Palmer (VSB No. 65800) |
| P.O. Box 130 | Jillian M. Smaniotto (VSB No. 91652) |
| Chesterfield, VA 23832 | Harman, Claytor, Corrigan & Wellman |
| 804-748-8153 – Phone | P.O. Box 70280 |
| 804-748-3287 – Fax | Richmond, VA 23255 |
| rrowlett@gordondodson.com | 804-747-5200 - Phone |
| | 804-747-6085 - Fax |
| | jowen@hccw.com |
| | jpalmer@hccw.com |
| | jsmaniotto@hccw.com |

## **C E R T I F I C A T E**

       I hereby certify that on the 23rd day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and emailed a copy to the following:

    Randy B. Rowlett, Esq.
    VSB No. 36438
    Gordon, Dodson, Gordon & Rowlett
    P. O. Box 130
    Chesterfield, VA 23832
    804-748-8153 - Phone
    804-748-3287 - Fax
    rrowlett@gordondodson.com

                /s/Julie S. Palmer
                John R. Owen (VSB No. 39560)
                Julie S. Palmer (VSB No. 65800)
                Jillian M. Smaniotto (VSB No. 91652)
                *Counsel for Shoe Carnival, Inc.*
                Harman, Claytor, Corrigan & Wellman
                P.O. Box 70280
                Richmond, Virginia  23255
                804-747-5200 - Phone
                804-747-6085 - Fax
                jowen@hccw.com
                jpalmer@hccw.com
                jsmaniotto@hccw.com